SCHENECTADY MASON SUPPLY CORPORATION, Respondent, *v.* JOE SALMON, Appellant.

Argued May 31, 1949; decided July 19, 1949.

*Jacob M. Frankel* for appellant.

*Harold A. Gordon* and *Harold E. Blodgett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.